**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:20-cv-00853-CEM-GJK**

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

AMERITEAM REALTY, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff

    By: *s/ Shawn A. Heller*
        Shawn A. Heller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 9th day of June, 2020, which will send a notice of electronic filing to all attorneys of record. An additional copy was emailed to Frank Gassler, counsel for Defendant, at: FGassler@BANKERLOPEZ.COM

By: *s/ Shawn A. Heller*
Shawn A. Heller, Esq.