UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:20-cv-00853-CEM-GJK

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

AMERITEAM REALTY, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Delroy A. Chambers, Jr., by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal with Prejudice, and by agreement of the parties each side will bear their own respective attorneys' fees and expenses.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff

    By:   *s/ Shawn A. Heller*
          Shawn A. Heller, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 29th day of June, 2020, which will send a notice of electronic filing to all attorneys of record. An additional copy was emailed to Frank Gassler, counsel for Defendant, at: FGassler@BANKERLOPEZ.COM

By: *s/ Shawn A. Heller*
Shawn A. Heller, Esq.